**DENIED and Opinion Filed March 3, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01225-CV**

**IN RE SUNOCO RETAIL LLC AND DERRICK RAY LEWIS, Relators**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18306**

## MEMORANDUM OPINION ON REHEARING

Before Justices Nowell and Goldstein[1]
Opinion by Justice Nowell

Relators filed a motion for rehearing of our November 18, 2022 memorandum opinion and order denying relief. We deny the motion for rehearing, vacate our opinion and order of November 18, 2022, and issue this new memorandum opinion and order denying relief in their stead.

Relators' November 15, 2022 Petition for Writ of Mandamus challenged the trial court's November 14, 2022 Order Granting Plaintiffs' Motion to Compel Settlement Amounts and Assess Costs Against Defendant Sunoco Retail, LLC. On

---

[1] The Honorable Justice Myers was originally a member of this panel but did not participate in this opinion because her term expired on December 31, 2022.

original submission, the Court denied relief because relators did not provide a sufficient record to support their request for mandamus relief.

Relators moved for rehearing and provided transcripts of hearings that took place on October 14, 2022, and November 14, 2022. Because relators removed the technical grounds upon which the Court's memorandum opinion rested, the Court requested a response to the motion for hearing and the underlying merits of relators' petition for writ of mandamus. We now consider the merits of relators' petition.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition, the response, relators' reply, and the record before us, we conclude that relators have failed to demonstrate a clear abuse of discretion.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's November 21, 2022 Order.

/Erin A Nowell/
_____
ERIN A. NOWELL
221225F.P05                                         JUSTICE

–2–